274

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES PEETROS, DEFENDANT-PETITIONER.

*Messrs. Querques & Isles* and *Mr. Harvey Weissbard* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert Messick* for the respondent.

February 27, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHARLES THOMAS KOSKINAS, DEFENDANT-PETITIONER.

*Mr. Peler Murray, Mr. Richard Newman* and *Mr. Michael Blacker* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert Messick* for the respondent.

February 27, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHARLES W. GILLESPIE, DEFENDANT-PETITIONER.

*Mr. George K. Meier, Jr.* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

February 27, 1968. Denied.